1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   QUAN NGUYEN TRAN,                        Case No.  1:25-cv-1816-DAD-JDP (P)

12              Petitioner,

13        v.                                  ORDER

14   CHRISTOPHER CHESTNUT, *et al.*,

15              Respondents.

16

17        Petitioner, an immigration detainee who is representing himself, filed a petition for a writ

18   of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has also filed an application to proceed

19   *in forma pauperis*, ECF No. 5, and a motion for appointed counsel, ECF No. 6.[1]  The court has

20   conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas

21   Corpus Cases Under Section 2254.[2]

22        Petitioner's motion for the appointment of counsel, ECF No. 6, is granted.  In light of the

23   complexity of the legal issues involved, the court has determined that the interests of justice

24   require the appointment of counsel.  *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*,

25

26        [1] Petitioner filed a motion to proceed *in forma pauperis*, ECF No. 5, but also paid the
     $5.00 filing fee.  Accordingly, his motion will be denied as moot.

27        [2] Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a
     district court to apply any or all of the rules to other types of habeas corpus petitions including
28   § 2241 petitions.

                                             1

1    718 F.2d 952, 954 (9th Cir. 1983).  Within seven days of this order, the appointing authority for

2    the Eastern District of California shall identify counsel and send counsel's contact information to

3    ncannarozzi@caed.uscourts.gov, and counsel will be added as counsel for petitioner.  If counsel

4    is not a member of the Eastern District of California Criminal Justice Act Panel, within seven

5    days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro*

6    *hac vice*.

7            In accordance with the above, IT IS HEREBY ORDERED that:

8            1. 1.  Petitioner's application to proceed *in forma pauperis*, ECF No. 5, is DENIED as

9    moot in light of his payment of the filing fee.

10           2.  Petitioner's request for appointment of counsel, ECF No. 6, is GRANTED.

11           3.  The Clerk of the Court shall serve a copy of this order together with a copy of

12   petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the Federal

13   Defender, Attention: Habeas Appointment.

14           4.  Within seven days of this order, the appointing authority for the Eastern District of

15   California shall identify counsel and send counsel's contact information to

16   ncannarozzi@caed.uscourts.gov, and counsel will be added as counsel for petitioner.  If counsel

17   is not a member of the Eastern District of California Criminal Justice Act Panel, within seven

18   days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro*

19   *hac vice*.

20           5.  The Clerk of the Court shall serve a copy of this order together with a copy of

21   petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United

22   States Attorney.

23           6.  Within seven days of petitioner's counsel appearing, the parties shall file a joint status

24   report addressing any motions the parties anticipate filing and a proposed briefing schedule for

25   such motions.

26

27

28

1

2    IT IS SO ORDERED.

3

4    Dated:    January 5, 2026                     _____

                                                    JEREMY D. PETERSON
5                                                   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28