Galatea DeLapp, CA Bar #181581
Attorney at Law
1541 East Fairmont Ave., Suite 104
Fresno, CA 93704
(559) 803-0471


Attorney for Defendant
Nguyen Tran Quan


# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGUYEN TRAN QUAN<br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, Warden of California City Detention Facility; PAMELA BONDI, Attorney General of the United States; KRISTI NOEM, Secretary, United States Department of Homeland Security; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement. | No. CASE NO. :1:25-cv-01816-JDP<br><br>STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION<br><br>Hon. Jeremy D. Peterson |

**STIPULATION OF PARTIES**

Pursuant to the Court's Minute Order entered on January 21, 2026 (ECF No. 17), Petitioner Nguyen Tran Quan, by and through his CJA-appointed counsel, and Respondents Christopher Chestnut, et al., by and through the United States Attorney's Office for the Eastern District of California, hereby stipulate to the following proposed briefing schedule regarding Petitioner's anticipated Motion for Preliminary Injunction:

1. **Petitioner shall file and serve his Motion for Preliminary Injunction** on or before **February 20, 2026**.

2. **Respondents shall file and serve their Opposition** to the motion on or before February **27, 2026**.

3. **Petitioner shall file and serve his Reply** in support of the motion on or before **March 6, 2026**.

4. The Parties agree that a hearing on the motion, if deemed necessary by the Court, shall be scheduled at the Court's convenience following the close of briefing.

This stipulation is made without prejudice to the rights, claims, defenses, or arguments of any party.

Respectfully submitted,

DATED: January 28, 2026

/s/ Galatea DeLapp
GALATEA DELAPP
Attorney for Petitioner


ERIC GRANT
United States Attorney by:


 /s/ Robert A. Funtes____

ROBERT A. FUENTES
Assistant United States Attorney
United States Attorney's Office

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION

GOOD CAUSE APPEARING, and the parties having so stipulated, the proposed briefing schedule is **APPROVED**. The schedule for Petitioner's Motion for Preliminary Injunction shall be as follows:

1. Motion Filed: **February 20, 2026**

2. Opposition Filed: **February 27, 2026**

3. Reply Filed: **March 6, 2026**

IT IS SO ORDERED.

Dated:    January 29, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION